Kristy A. Hernandez- SBN 231141
LAW OFFICES OF KRISTY A. HERNANDEZ
7777 Greenback Lane, Ste 212
Citrus Heights, CA 95610
Ph: 916-728-1500

Attorney for Joseph Dominick Spagnoli and Julie Sue Spagnoli

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JOSEPH DOMINICK SPAGNOLI<br><br>JULIE SUE SPAGNOLI<br><br>Debtors | Case No. 2011-29444<br>Hearing Date: December 5, 2011<br>Hearing Time: 10AM<br>Honorable Judge McManus<br>Dept. A, Room 28<br>DCN: KH-1 |

## MOTION TO COMPEL THE TRUSTEE TO ABANDON THE ESTATE'S INTEREST IN REAL PROPERTY

Kristy A. Hernandez of the Law Offices of Kristy A. Hernandez, on behalf of Joseph Dominick Spagnoli and Julie Sue Spagnoli, the Debtors herein, hereby moves this Court for an Order Compelling the Trustee to Abandon the Estate's interest in Real Property. This Motion is based on the following facts:

1. This case was commenced with the filing of a petition on April 15, 2011. Susan K. Smith was duly appointed to serve as the Trustee in this case.

2. This motion is brought pursuant to 11 U.S.C. §554(b) and Rule 6007 of the Federal Rules of Bankruptcy Procedure.

3. As shown Schedule A of the filed schedules of this case, the Debtors have an interest in the real property commonly-known as 8701 Country Creek Drive in Orangevale, CA 95662 (hereinafter, the "ASSET"). A copy of schedule A is shown in the concurrently-

Motion to Abandon Real Property     1

filed Exhibits and is incorporated herein by reference. The Debtors believe and assert that the reasonable, fair-market value of the ASSET is **$542,500.00**.

4. This asserted value is based on the opinion of the Debtors. The Declaration of the Debtors in support of this value is filed concurrently with this Motion and incorporated herein by reference.

5. As shown in Schedule D of the filed case, Bank of America, First Tennessee Bank, Exchange Bank, and BM Tonkin, Inc hold valid security interests in the ASSET. A copy of schedule D is shown in the concurrently-filed Exhibits and is incorporated herein by reference.

6. The Debtors further believe and assert that the present balance owed by the Debtors to these creditors aggregate **$1,130,553.00**.

7. As shown in Schedule C of the filed case, the Debtors have claimed an exemption in this ASSET in the amount of $1.00. A copy of Schedule C is shown in the concurrently-filed Exhibits and is incorporated herein by reference.

8. In summary

    Value of ASSET ................................................................................$542,500.00

    Less: Creditor liens ..........................................................................$1,130,553.00

    Adjusted Equity ...............................................................................$-588,053.00

    Less: Exemption claimed ................................................................$1.00

    Net Equity........................................................................................$-588,054.00

9. Pursuant to §554(b) of Title 11 US Codes[1], the Court may order the Trustee to abandon the estate's interest in assets of the estate.

---

[1] 11 US Codes, §554(b): "On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

10. Federal Rule of Bankruptcy Proceeding 6007(b) permits a party in interest, including the Debtors, to file a motion seeking to compel the Trustee to abandon property of the estate.

11. Based on the foregoing and the Declarations filed herewith, the Debtors assert that the value of the estate's interest in the ASSET is $0.00.

RESTATEMENT

WHEREFORE, the Debtors move the Court to compel the Trustee to Abandon the estate's interest in this ASSET.

Respectfully submitted on November 15, 2011.

/s/ *Kristy A. Hernandez 231141*
Kristy A. Hernandez 231141
LAW OFFICES OF KRISTY A. HERNANDEZ
7777 Greenback Lane, Ste 212
Citrus Heights, CA 95610